# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF NEW YORK

---

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

-vs-

**ONE 1998 FORD EXPEDITION**
**VIN NO. 1FMPU18L6WLB90042,**

        **Defendant.**

**JUDGMENT IN A CIVIL CASE**
Civil Action No. 05-CV-510 (FJS/GHL)

---

WHEREAS, by virtue of the Order Directing Uncontested Judgment of Forfeiture which was filed with the United States District Court Clerk's Office for the Northern District of New York on _August 30_, 2005, it is hereby

ORDERED, ADJUDGED AND DECREED, that the property known as one 1998 Ford Expedition bearing VIN No. 1FMPU18L6WLB90042 be forfeited to the United States of America for disposition in accordance with law.

_September 6, 2005_
Date

**LAWRENCE K. BAERMAN**
Clerk

_Barbara J. Woodford_
(By) Deputy Clerk